[No. 10614–4–III.   Division Three.   May 9, 1991.]

THE STATE OF WASHINGTON, *on the Relation of Valentino Van Cleve Guy,* ET AL, *Petitioner,* v. YOLANDA MIRANDA, *Respondent,* ROBERT WAYNE GUY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–5–00188–1, Robert N. Hackett, Jr., J., entered January 12, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.

[No. 10739–6–III.   Division Three.   May 9, 1991.]

GARY SHERRILL, *Appellant,* v. THE CITY OF BENTON CITY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 89–2–00661–5, Fred R. Staples, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Shields, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 27210–1–I.   Division One.   May 13, 1991.]

GARY M. MERLINO, *Appellant,* v. THE CITY OF AUBURN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–03907–9, Bobbe J. Bridge, J., entered May 8, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Kennedy, JJ.

[No. 25901–6–I.   Division One.   May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. J.W., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–05823–7, John M. Darrah, J., entered

July 25, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Baker, J.

[No. 24061–7–I. Division One. May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE J. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–02340–5, Patricia H. Aitken, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 25304–2–I. Division One. May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER L. KINSER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–01283–5, John E. Rutter, Jr., J., entered December 6, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 24930–4–I. Division One. May 13, 1991.]

JAMES K. KOEHLER, *Plaintiff*, MARY FUNG KOEHLER, *Appellant*, v. KARL W. CUNNINGHAM, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–09731–1, Anthony P. Wartnik, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Pekelis, JJ.